# Social Security Administration
## Retirement, Survivors and Disability Insura
Notice of Award

EXHIBIT
F



Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 6, 2016
Claim Number: 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HA

63 3 MB 0.669  T4 MAAD296 PL1 S296 M3 PC7 160902
63
EMILY L COMISKEY
18 SAMOSET ROAD
PEABODY, MA 01960
11, 12

DEPOSITION
EXHIBIT
Comiskey

You are entitled to monthly disability benefits beginning February 2016.

## The Date You Became Disabled

We found that you became disabled under our rules on August 24, 2015.

To qualify for disability benefits, you must be disabled for five full calendar months in a row.  The first month you are entitled to benefits is February 2016.

## What We Will Pay And When

- You will receive $5,019.00 around September 7, 2016.

- This is the money you are due for February 2016 through August 2016.

- Your next payment of $956.00, which is for September 2016, will be received on or about the third Wednesday of October 2016.

- After that you will receive $956.00 on or about the third Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

- Later in this letter, we will show you how we figured these amounts.

- The day of the month you receive your payments depends on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 70-10281

C

See Next Page



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HA



## Information About Representative's Fees

We have approved the fee agreement between you and your representative.

Your past-due benefits are $6,692.00 for February 2016 through August 2016. Under the fee agreement, the representative cannot charge you more than $1,673.00 for his or her work.  The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports).  This is a matter between you and the representative.

## How To Ask Us To Review The Determination On The Fee Amount

You, the representative or the person who decided your case can ask us to review the amount of the fee we say the representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter.  Tell us that you disagree with the amount of the fee and give your reasons.  Send your request to this address:

    Social Security Administration
    Office of Disability Adjudication and Review
    Attorney Fee Branch
    5107 Leesburg Pike
    Falls Church, Virginia 22041-3255

The representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or the representative, we will assume you both agree with the amount of the fee shown.

## Information About Past-Due Benefits Withheld To Pay A Representative

Based on the law, we must withhold part of past-due benefits to pay an appointed representative.  We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee.  We withheld $1,673.00 from your past-due benefits to pay the representative.

We are paying the representative from the benefits we withheld.  Therefore, we must collect a service charge from him or her.  The service charge is 6.3 percent of the fee amount we pay, but not more than $91, which is the most we can collect in each case under the law.  We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge.  If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter.  The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

COMISKEY v HANNAFORD BROS 189

## Other Social Security Benefits

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

## Your Responsibilities

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).

- Social Security - If You Are Blind–How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".




## Other Information

We are sending a copy of this notice to M KATHERINE SULLIVAN.

## Do You Disagree With The Decision?

This action results from reconsideration of your claim and replaces our previous determination.

If you think we are wrong, you have the right to request a hearing. At the hearing, a person who has not seen your case before will look at it. That person is an Administrative Law Judge. In the rest of our letter, we will call this person an ALJ. The ALJ will review those parts of the decision which you believe are wrong. The ALJ will look at any new facts you have and correct any mistakes. The ALJ may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for a hearing.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for a hearing.
- You can file a hearing with any Social Security office. You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501. You may go to our website at to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It contains more information about the hearing.

## Things To Remember For The Future

The doctors and other trained personnel who decided that you are disabled expect your health to improve. Therefore, we will review your case in July 2017. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

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HA

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-294-9088. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 140 UNION STREET
> LYNN MA 01901

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Carolyn W. Colvin
Acting Commissioner of
Social Security

COMISKEY v HANNAFORD BROS 192

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HA



## PAYMENT SUMMARY

### Your Payment Of $5,019.00

Here is how we figured your
first payment:

      Benefits due for February 2016
      through August 2016,
      less monthly rounding of benefits ........................$ 6,692.00

      Amount we subtracted because of

        ●  money to pay
           your representative ............................ 1,673.00

This equals the amount of
your first payment .....................................$ 5,019.00

### Your Regular Monthly Payment

Here is how we figured your
regular monthly payment effective September 2016:

      You are entitled to a monthly benefit of .................$  956.20

      Amount we subtracted because of

        ●  rounding (we must round down to
           a whole dollar) ................................  .20

This equals the amount of
your regular monthly payment ............................$  956.00

9/28/05

Emily Comskey and I Patrice Glynn
talked about her short breaks
and lunches week Ending 9/24/05
need to be able to talk 15 min
breaks and 30 min lunches

Emily L. Comskey



PENGAD 800-631-6989

DEPOSITION
EXHIBIT
2
Comiskey

HANNAFORD 00093

2015-09-03 15:09                    u                2 >>                P 30/31

CONFIDENTIAL
DOCUMENTATION RECORD

Store # _170_                    Date _4/12/08_
Associate's Name _Emily Comiskey_ Position _Deli Associate_
Supervisor's Name _Edith Aguilar_ Position _Deli Asst. manager_

## ACTIVITY

Be specific (dates, time, location, performance, behavior, witness, dialogue, action plan, follow up, etc.)

On Wednesday 4/9 Emily was talking about Patrice to other associate degrading her on how she was feeling. Emily needs to understand she was steering the pot with other associate.

Any futher behavior violation & problems may result in up to and including immediate termination

_Emily refused to sign_

Associate's Signature_____ Date_____
Manager/Supervisor's Signature _____ Date _4/12/08_

HANNAFORD 00083

2015-09-03 15:08                    u                    2 >>                    P 24/31

CONFIDENTIAL
DOCUMENTATION RECORD

Associate Name Emily Comiskey  Job Title Deli Associate
Store 170  Department Deli  Date 9/3/08
Supervisor's Name Patrice Glynn  Title Manager

ACTIVITY

Be specific (dates-time-location-performance-behavior-witness-dialogue-action
plan-follow-up etc.)

On Wednesday 9/3 Donna Singelais was opening
Front (case bowls) when she came to the Cape Cod
Chicken Salad Donna then called Edith Cwo to
look at our Salad hack because the Date was
not correct on that product and Donna didn't
understand on Monday the product got put out
new with a Date of 9/8/08 and then on Tuesday
the Date was 9/3/08. On Wednesday 8/27/08
Emily did the same thing and put wrong Dates
down. We ( Patrice & Edith) Talked with Emily on
Friday 8/29/08 and Told her she need to write
down product right when she puts it out not
at the end of all product.
        Emily needs to understand that this is
very important to make sure hack is done Correctly
because of Food Safety and Credits
Any Further Violation will leT up to Action Step
and up to including Termination

(Use other side if necessary)

RHR-123

HANNAFORD 00077



# Retail Performance Appraisal
## Hourly Position

Associate Name: _____     Employee #: _____

Position: _____     Store #: _____

Associate's Signature: _Emily L. Cormicky_     Date: _3/25/09_

Dept. Manager's Signature: _Eileen Allen_     Date: _3/25/09_

Manager's Signature: _____     Date: _____

## General Instructions

When the 90-day review has been completed, or after the annual review process, the associate and manager should complete the plans section of the Roles and Goals Form *(Section I)*. The associate must receive a copy. At the time of the annual review, the results section of the Roles and Goals Form *(Section I)* must be completed. The rating and comment sections of the Skills Review Form *(Section II)* must be completed also by utilizing *The Five Levels of Differentiating Performance Form - RHR 135*. The ratings are listed below:

- Does Not Meet Expectations
- Partially Meets Expectations
- Meets All Expectations
- Exceeds Expectations
- Far Exceeds Expectations

The manager must fill in the rating and comment sections, while the associate must fill in the comment section. The associate should receive scheduled time to review the appraisal forms prior to meeting with the manager. The review should take place in a location that will ensure uninterrupted privacy. Ample time should be allowed for the appraisal session. Both the manager and the associate should come prepared. The overall rating *(Section IV)* should be completed by the manager, taking into consideration the information discussed during the review and approval by the Store Manager. Upon completion of the appraisal session, both manager and associate should sign and date the form. A signed copy should be provided to the associate.

*The completed and signed appraisal form must be forwarded to the Associate Relations Manager.*

RHR150B (1/07)

HANNAFORD 00069

SECTION -   *Roles and Goals - Hourly Associate*

Associate Name: _____

Dept.: _____

Date: _____

A. **Role Clarification and Review:** Review your job description to clarify role and responsibilities. Identify skill development necessary to continue to develop within your current position.

B. **Goals:** Identify one to three goals to be accomplished in present position. One goal must be a Behavioral Goal (ie. Be There, Make It Easy, Add *Something To Their Day, Be The Difference*). Specify action steps and time frame.

| Plans | Results |
|---|---|

Goal and Action Step: _____

Measurement: _____

Time Frame: _____

Goal and Action Step: _____

Measurement: _____

Time Frame: _____

Goal and Action Step: _____

Measurement: _____

Time Frame: _____

HANNAFORD 00070

## SECTION 11   Skills Review

| Relationship/Customer Service Skills | Does Not Meet | Partially Meets | Meets All | Exceeds | Far Exceeds | Associate Comments | Manager Comments |
|---|---|---|---|---|---|---|---|
| Be There – Gives complete attention to the customer and greets the customer with a smile. Stays focused on the customer during their contact. Thanks the customer with a smile. | | | | ✓ | | This is my favorite part of my job. I love my job. I go out of my way to greet my regular customers and reuniting new ones. | Emily is extra friendly. Her customers love her (the music.) Stays focused on each during each contact. |
| Make it Easy – Responds quickly and pleasantly to any customer requests. Asks clear questions, identifies the customer's needs. | | | ✓ | | | Very caffeen unsure explain different examples of products | Emily responds very quickly (well please easy) to any customer request |
| Add Something To Their Day – Assures customer needs are satisfied. Takes advantage of opportunities to win customers. | | | | ✓ | | ask if they would like to sample some thing new | Emily always assures customer needs are satisfied always take advantage to tell customer about new products |
| Be The Difference – Shares ideas to improve the way we work. | | | | | | listen to customers ideas and share with co-workers | at the beginning Emily passed along that I never met |
| Teamwork | | | | ✓ | | helping all my co-workers any time able and for lunch | |
| Courteous, friendly and helpful to fellow associates both at work and during their shopping experience. | | | ✓ | | | helping with ideas on what to eat for lunch | Emily is very friendly to customers assistance whenever problem may arise so that we set her |
| **Standard Operation Procedures** | | | | | | | |
| Achieves established quality work standards | | | ✓ | | | maintain presentation of food cases | Emily takes suggestions well. Needs to be able to work better |
| Achieves established quantity work standards. | | | ✓ | | | keep hot food fields full | We will plan on adult |
| Follows all company policies, procedures and prac-tices. | | | ✓ | | | always up is th all logs ask questions | Emily trys to follow company policies |
| Ability to be responsive to quickly changing demands. | | | ✓ | | | adjusting to leaders needs, keep things smoothly | Emily trys to adjust to my new quick changing needs |
| Reports to work as scheduled, follows break and lunch policy, absences have valid explanations. | | | ✓ | | | I am I filling in | any change Emily needs to feel confident |
| Always presents a clean and neat appearance in accordance with the company Personal Appearance Policy. | | | ✓ | | | wearing colors that go w/ harps food colors | want she is about to do for next day task |

**SECTION III**   *Performance Against Role Responsibilities and Goals:*
*(To be completed by manager)*

Year-End Comments on Strengths and Opportunities

*Emily (will) like the team ordering for Deli being on a 7 Day ordering.*

**SECTION IV**   *Year-End Overall Rating:*
*(Please circle overall rating)*

· Does Not Meet Expectations
· Partially Meets Expectations
· Meets All Expectations
· Exceeds Expectations
· Far Exceeds Expectations

**SECTION V**   *Post-Review Comment*

HANNAFORD 00072

On Wednesday, September 23, 2009 I had a conversation with Emily regarding a concern that was brought to my attention from the evening prior. I received an email from the Evening Operations Manager addressing a concern that Alex and Norman had regarding Emily on Tuesday night. Alex and Norman informed Chris Lefevbre, the EOM, that Emily had walked away from the service counter while it was busy. Both Alex and Norman were frustrated because of this.

When I spoke with Emily she informed me that she walked away from the counter because she was helping a customer locate an item in center store. Emily informs me that she told Alex she was going to help the customer. I mentioned to Emily that it sounds like a miscommunication and to continue to inform someone in the department if she needs to leave the counter for any reason, including assisting a customer elsewhere in the store.

It was also brought to my attention that Emily made a negative comment about Norman's productivity. I informed Emily that if she has an issue or concern regarding another associate's work performance she needs to address it with a manager or supervisor only. I informed Emily that it is inappropriate for her to make any negative or degrading comments about other associates to anyone other than a supervisor or manager.

HANNAFORD 00055

On December 15th Patrice Glynn and Chris Lefebvre spoke to Emily Comiskey on a situation that had occurred on December 13th. This situation was regarding Emily Comiskey and Jill Sarro.

On 12/13, Jill states that she went to toss a piece of meat into the waste barrel, but it accidentally hit Emily on the hand. Emily replied: "you better not have f\*\*\*ing done that on purpose".

On 12/15, Emily was asked to come upstairs. Patrice asked Emily how her day was going. Emily replied: "fine". Patrice asked Emily questions about what had happened on 12/13. Emily denied all knowledge of the event taking place. Upon further questioning about Jill tossing the meat into the trash, Emily finally recalled the situation.

Patrice asked Emily what her response was. Emily replied: "that she did not say anything to Jill". Emily then said that Jill and her are not getting along. This is because of a situation that happened with Emily's daughter and Jill outside of work.

Patrice let Emily know that we are running a business, and that any problems outside of work need to be left outside of work. Patrice asked Emily if she said anything demeaning or used improper language. Emily said no.

Patrice asked her Emily if she talked to Brian Sigelman about the situation. Emily said they were only talking about a movie. Patrice later spoke with Brian, and he did not recall any situation taking place, or even Emily talking to him.

Patrice advised Emily that she would further investigate this matter.

Patrice and Jarrod sat down with Frank Pellino on 12/20/2009 to see what he may have heard. Frank said he was not there, and he was on break but Jill told him what had happen.

HANNAFORD 00056

**From:**   George C Lefabvre/0170/Retail/HBC
            *Sent by:  George Lefabvre/0170/Retail/HBC*
**To:**     Patrice Glynn/0170/Retail/HBC@HBC

**Date:**     Tuesday, September 22, 2009 06:50PM
**Subject:**  Emily

Hi,

There were 2 incidents with Emily today.

Alex spoke to me about Emily walking away from the counter or leaning against the front of the counter and talking to people for extended periods of time. During this time Alex was being swamped. As soon as Emily came back, she mentioned to Alex that Norman was being slow while putting the chickens into trays.

Norman sent Emily home early. Emily disappeared for a while down aisle 7. She came back arms folded and asked Norman if she could go home. Norman said if you're going to stand there with your arms folded with that attitude, you can leave. She did just that & punched out.
Chris Lefabvre
Evening Operations Manager
Store #170 - W. Peabody Ma.
(978) 536-3200
GLefabvre@hannaford.com

HANNAFORD 00054

## PERFORMANCE COUNSELING SESSION

STEP 1 ☑   STEP 2 ☐



Name: Emily Comiskey

Department: Deli

Associate ID# *94208*

Store #: 0170

**A. State the facts and how they affect associate's performance and others, or the business.**

On March 16th 2010, I Patrice sat down with Emily on her recent behavior on the floor with associates. Emily was asking everyone about who crossed her name off the schedule, and then verbally accused Norman Dellacroce on doing so. Emily told me she was upset, and said to me she did say that she would like to know were Norman lives.

**B. State associate's and manager's commitment to change performance/behavior and steps necessary to complete.**

I let Emily know any threats or harassment to any associate will lead up to action steps up to and including termination.I have Emily reading and signing off the policy 509 Anti-harassment.

**To Associate:**

You should be familiar with Hannaford Bros. Co. rules and regulations and required work performance standards. If there is anything you do not understand, your Store Manager or Supervisor will be glad to explain it to you. However, we must insist on compliance to the rules and standards. Your error in this respect can be easily corrected, and Hannaford will give you whatever help you need to correct it. Should a reoccurrence of this violation take place, you can anticipate that further action will be taken.

I acknowledge receipt of the above counseling documentation.

_Refuse to Sign_
(Signature of Associate)                                   Date: _____

_Patricia Coleman_
(Signature of Dept. Manager/Supervisor)                   Date: 3/17/2010

_Randy Shen_
(Signature of Store Manager)                              Date: 3/17/2010

Review Date: _____

**(1 copy to associate file, 1 copy to associate and 1 copy Payroll fax 207-885-3900)**

FORM # RHR 104

# PERFORMANCE COUNSELING SESSION

STEP 1 ☑   STEP 2 ☐



Name: Emily Comiskey

Department: Deli

Associate ID# 94208

Store #: 0170

**A. State the facts and how they affect associate's performance and others, or the business.**

On March 16th 2010, I Patrice sat down with Emily on her recent behavior on the floor with associates. Emily was asking everyone about who crossed her name off the schedule, and then verbally accused Norman Dellacroce on doing so. Emily told me she was upset, and said to me she did say that she would like to know were Norman lives.

**B. State associate's and manager's commitment to change performance/behavior and steps necessary to complete.**

I let Emily know any threats or harassment to any associate will lead up to action steps up to and including termination.I have Emily reading and signing off the policy 509 Anti-harassment.

**To Associate:**

You should be familiar with Hannaford Bros. Co. rules and regulations and required work performance standards. If there is anything you do not understand, your Store Manager or Supervisor will be glad to explain it to you. However, we must insist on compliance to the rules and standards. Your error in this respect can be easily corrected, and Hannaford will give you whatever help you need to correct it. Should a reoccurrence of this violation take place, you can anticipate that further action will be taken.

I acknowledge receipt of the above counseling documentation.

Refuse to Sign
(Signature of Associate)                         Date:_____

_Patrice Glenn_
(Signature of Dept. Manager/Supervisor)          Date: 3/16/2010

_____
(Signature of Store Manager)                     Date: 3/17/2010

Review Date: _____

(1 copy to associate file, 1 copy to associate and 1 copy Payroll fax 207-885-3900)

FORM # RHR 104

 **Intranet**
be the difference

---

## 509 – Anti-Harassment (Sexual and Otherwise) / Anti-Discrimination

**Policy Title:** 509 – Anti-Harassment (Sexual and Otherwise) / Anti-Discrimination

**Applicable To:** Entire Hannaford Organization

**Policy Statement:**

Hannaford Bros. Co. seeks to provide its associates with a work environment that encourages efficient, productive and creative work. Hannaford will not tolerate verbal or physical conduct by any associate (or other person) which illegally discriminates, harasses, disrupts or interferes with the work performance of an associate or which creates an intimidating, offensive or hostile work environment.

Hannaford prohibits all illegal discrimination, including harassment of any associate in the workplace, for any illegal discriminatory reason, such as age, gender identity or expression, race, national origin, physical abilities, religious beliefs, sexual orientation and other characteristics or categories protected by law. Harassment can take many forms and includes behavior that annoys, offends, threatens, disturbs others or which creates an unpleasant or hostile environment. Such behavior can be either verbal or physical. Examples of harassment may include, among other things, bullying, humiliating, taunting, disparaging, degrading, provoking or making inappropriate references to others. 3|17|10

Sexual harassment is among the types of discrimination and harassment prohibited by this Anti-Harassment/Anti-Discrimination Policy. Sexual harassment includes unwelcome sexual advances and requests for sexual favors. Other unwelcome conduct which may constitute harassment includes, but is not limited to, the following:

a. **Verbal:** repeated sexual innuendos, sexual epithets, derogatory slurs, off-color jokes, propositions threats or suggestive or insulting sounds;

b. **Visual/Non-Verbal:** derogatory posters, cartoons or drawings; suggestive objects or pictures; graphic commentaries; leering; or obscene gestures;

c. **Physical:** unwanted physical contact, including touching, interference with an individual's normal work movement or assault; and

   a. **Other:** making or threatening reprisals as a result of a response to discrimination including harassment.

Such verbal and physical conduct may constitute harassment when:

a. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

b. Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting the individual; or

c. Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

HANNAFORD 00050

NOTE: ALL ASSOCIATES, SUPERVISORY OR NON-SUPERVISORY, ARE PROHIBITED FROM
ENGAGING IN THE ABOVE-DESCRIBED CONDUCT.

Hannaford strongly discourages consenting romantic or sexual relationships between members of
the organization when one person has a direct/indirect reporting relationship to the other. The trust
and respect which associates have for supervisors and managers can make it difficult for them to
comfortably reject sexual advances; associates may even feel flattered by the attention. But
managers have the power to give or withhold rewards such as praise, raises and
recommendations, which can mean that their romantic or sexual relationship with an associate may
not be truly consensual.

If a manager (supervisor) becomes romantically or sexually involved with a subordinate, that
manager (supervisor) should discuss the situation immediately with management so that
appropriate arrangements can be made to remove him or her from any decisions affecting the
subordinate as soon as possible.

**Procedure for Reporting Harassment and/or Discrimination:**

When an associate feels he or she is being harassed or discriminated against in any fashion, he or
she should notify one of the following individuals:

- a member of management;

- an Associate Relations Manager;

- the Associate Relations Specialist for his/her district or

- the Director of Associate Relations for his/her division.

Alternatively, associates may report any concerns or possible violations of this or any other policy
by calling the Hannaford Hotline (1-866-294-5682).

Once an allegation of harassment or discrimination is brought to the attention of one of the
individuals noted above, or made through the Hananford Hotline, Hannaford will determine whether
an investigation is necessary. If it is determined that a fact-finding investigation is necessary, it will
be launched promptly. If necessary, intermediate measures may be taken before completing the
investigation to ensure that further discrimination, including harassment, does not occur.
Hannafordwill protect the confidentiality of the allegations to the extent possible when dealing with
and investigating such charges.

Any associate who is found, after appropriate investigation, to have engaged in illegal
discrimination, including harassment of any kind toward another associate, a customer or a
supplier to Hannaford will be subject to appropriate disciplinary action, up to and including
termination of employment. Hannaford will also consider taking any such action as may be
appropriate against any non-associate engaging in the illegal discrimination, including harassment
of an associate.

<u>Anti-Retaliation:</u>

Hannaford will not take any action in retaliation against any associate who, in good faith and with a
genuine belief that he/she has been discriminated against or harassed, brings or voices a
complaint pursuant to this policy. In addition, Hannaford will not tolerate any retaliatory acts by
other individuals. Retaliation is a serious violation of the company's policy and the law, and should
be reported immediately. Any persons found to have retaliated against a Hannaford associate
because such associate (1) made a good faith discrimination complaint, (2) participated honestly

HANNAFORD 00051

and in good faith in any investigation into a discrimination complaint, and/or (3) opposed acts of illegal discrimination in the workplace, will be subject to discipline, up to and including termination.

Individuals who knowingly bring false charges of discrimination, including harassment, against another Hannaford associate or other individual shall be subject to discipline, up to and including termination.

For more information please send an email to PolicyCommittee@hannaford.com

Copyright © 2009 Hannaford Bros. Co. All rights reserved

On numerous occasions, Emily Comiskey has come to work very aggressive. She is constantly trying to turn people against each other. Emily has said to me numerous times that Patrice Glynn and Cindy Green are good friends and that I have no chance here because Cindy always tells Patrice things about me and Patrice believes her. The whole department dreads when she comes in. No one wants to say anything because they don't know how she will be and what kind of mood she's in. For this past week Emily just keeps saying she doesn't want to be here but would rather get fired than quit.

Jennifer Mahoney
4-3-2010

HANNAFORD 000148

4/2/10

Sit down w/Norman-
Randy - Ann

Norman stated he was
told by Diane R in Deli.
on Wed afternoon that
Emily C. said he wants
friendly - didn't talk
to people - not polite.
He came said Emily
was feeling Norman
verbally.

HANNAFORD 000147



On Weds work [?] Jen came and she
stay at 3pm to leave at 4 for a
dr appt. Emily came in at 330 and
Brittani empty because I was having
and she who going to work with
Roman. who she didn't like. She
went and spoke with Randy and
was she came back. I asked her
I everything was alright because
she had mentioned that she was
going to quit. She said no, and
What had happened to anyone about
conjure + came from - I told her
I didn't know what she was up to
So there was nothing to talk about.
She gave me a the 3415 - 4p in ed
[?] What I understood other
was it all - was woman was
overing that she did for her from

HANNAFORD 000146

Over the past couple of weeks
Emily has been talking about Norman.
She has said that she doesn't like him.
She has said that she doesn't
understand why people like him, that
he does nothing, that he just stands
there staring at the wall. She thinks
that he crossed out her name on the
schedule. She toys to stir the pot a lot.

She said that she'll come store that
Someone will lose their job that she's done it
in the past, she'll do it again - that
makes me very uncomfortable, to leave with
her, that makes me think that she'll do
something that will make me lose my
job.

On the date of March 16th,
Emily approached me and said that she would
find out where Norman Dellacrore lived, because
she accused him of crossing out her name
on the schedule. Also, she told me
that she would send some "bad boys"
over to where he lived.

Francis Pellum

## PERFORMANCE COUNSELING SESSION

STEP 1 ☐     STEP 2 ☒

Name: __Emily Comiskey_____     Associate ID# _94208____
Department: _____Deli_____     Store #: _____170_____

### A. State the facts and how they affect associate's performance and others, or the business.

Numerous associates in the Deli/Seafood department claim that they feel uncomfortable working with Emily. These associates have said that they feel threatened and intimidated by Emily. These associates have recently brought to management's attention that Emily has made comments that are disparaging and threatening. These comments are a form of harassment and are not conducive to a positive and productive work environment.

### B. State associate's and manager's commitment to change performance/behavior and steps necessary to complete.

Hannaford will not tolerate verbal or physical conduct by any associate that harasses, or interferes with the work performance of other associates, or creates an intimidating, offensive, or hostile work environment. If Emily continues to demonstrate behaviors that make associates feel harassed in any way she will receive further disciplinary action, up to, and including termination.

### .To Associate:

You should be familiar with Hannaford Bros. Co. rules and regulations and required work performance standards. If there is anything you do not understand, your Store Manager or Supervisor will be glad to explain it to you. However, we must insist on compliance to the rules and standards. Your error in this respect can be easily corrected, and Hannaford will give you whatever help you need to correct it. Should a reoccurrence of this violation take place, you can anticipate that further action will be taken.

I acknowledge receipt of the above counseling documentation.

_Refused to sign_____     Date:_____
(Signature of Associate)

_Jennifer Mahoney_____     Date: 4/5/10
(Signature of Dept. Manager/Supervisor)

_Kevin Porter_____     Date: 4/5/10
(Signature of Store Manager)

Review Date: _____

(1 copy to associate file, 1 copy to associate and 1 copy Payroll fax 207-885-3900)

FORM # RHR 104

CONFIDENTIAL
DOCUMENTATION RECORD

Associate Name Emily Commiskey Job Title Deli Associate
Store 170   Department Deli   Date 4/20/2010
Supervisor's Name Krilleio Slepin   Title Manager

ACTIVITY

Be specific (dates-time-location-performance-behavior-witness-dialogue-action plan-follow-up etc.)

On April 20, 2010 I Krileio Slepin will with Emily to let her know she is at 6 deli calls in a six month period April 5, 10, March 8, January 25, 12th, November 4th. Any further violation in this area will lead in action step up to, including Termination.

Emily Commiskey

Krileio Slepin   4/20/10



# RETAIL PERFORMANCE APPRAISAL
## HOURLY POSITION

Associate Name: _Emily Comiskey_

Position: _Deli Associate_          Employee #: _11 90893_          Store#: _8170_

Time Frame – From: _1/12_ To: _10/12_

Associate's Signature: _[signature]_          Date: _3/26/13_

Manager's Signature: _[signature]_          Date: _3/36/13_

District's Manager's Signature:          Date:

## GENERAL INSTRUCTIONS

When the 90-day review has been completed, or after the annual review process, the associate and manager should complete the plans section of the Roles and Goals Form (Section 1). The associate must receive a copy. At the time of the review, the results of the Roles and Goals Form (Section 1) must be completed. The rating and comment sections of the Skills Review Form (Section 11) must be completed also by utilizing The Five Levels of Differentiating Performance Form – RHR 135. The ratings are listed below;

❖ Does Not Meet Expectations
❖ Partially Meets Expectations
❖ Meets All Expectations
❖ Exceeds Expectations
❖ Far Exceeds Expectations

The manager must fill in the rating and comment sections, while the associate must fill in the comment section. The associate should receive scheduled time to review the appraisal forms prior to meeting with the manager. The review should take place in a location that will ensure uninterrupted privacy. Ample time should be allowed for the appraisal session. Both the manager and the associate should come prepared. The overall rating (Section IV) should be completed by the manager, taking into consideration the information discussed during the review and approval by the Store Manager. Upon completion of the appraisal session, both manager and associate should sign and date the form. A signed copy should be provided to the associate.

The completed and signed appraisal form must be forwarded to the Associate Relations Manager.

Page 1 of 5 Form RHR 150B

HANNAFORD 00026

## SECTION I MANAGEMENT PRACTICES

| Relationship/Customer Service Skills | Does Not Meet | Partially Meets | Meets All | Exceeds | Far Exceeds | Associate Comments: | Manager Comments: |
|---|---|---|---|---|---|---|---|
| **Be There** – Gives complete attention to the customer and greets the customer with a smile.  Stays focused on the customer during the contact.  Thanks the customer with a smile. | | | ✓ | | | When the customer comes to the counter I stay focused and sensitive to their needs. | You Consistently Greet and Thanking your customers Cross talking with me your with a Customer has been a problem you take your time make sove they Leave 100% Satisfied. |
| **Make It Easy** – Responds quickly and pleasantly to any customer requests.  Asks clear questions, identifies the customer's needs. | | | | ✓ | | Ex: I ask them to repeat the weight of the product. | Emily you always greet Cwelts to each Customer, You make sure that all Customer's are |
| **Add Something to Their Day** – Assures customer needs are satisfied.  Takes advantage of opportunities two win customers. | | | | ✓ | | Also ask if there is anything else the need, or for other products | Satisfied. |
| **Be The Difference** – Share ideas to improve the way we work. | | | ✓ | | | yes I try to come up with ideas ex: slicing | Emily give me some good Ideas but will come up with ideas could not Cut the ham. |
| **Teamwork** – Courteous, friendly and helpful to fellow associates both at work and during their shopping experience. | | | | ✓ | | always enjoy working with my associates | Emily is Friendly and helpful to all associate You are approuchable to all associate. |
| **Standard Operation Procedures** | | | ✓ | | | I am familiar with all the SOP in my knowledge | You complete your task Sometimes I have you change Some SOp. |
| Achieves established quality work standards | | | ✓ | | | yes I feel I do enough throughout the day. | Emily try to Complete quality but make more work for yourself when opening and Save time make more MTO Party in the l |

Form RHR 150B
Page 2 of 5

| | | | | Notes |
|---|---|---|---|---|
| Achieves established quantity work standards | | | | meet all except prefer to stay on counter — is a team we all missed. Inventory and again we can all include items, turn around lanes, make sure all product etc is neat and open. Emily follows company policies and practices |
| Follows all company policies, procedures and practices. | ✓ | | | yes to the best of my abilities — Emily respansive to all changing cond. and demands but some have some defense |
| Ability to be responsive to quickly changing demands. | ✓ | | | every day there are changes to adjust |
| Reports to work as scheduled, follows break and lunch policy, absences have valid explanations. | ✓ | | | yes — Emily try to come in on schedule but is close to $10 omins are in busy building. Emily seem to like to take long |
| Always presents a clean and neat appearance in accordance with the company Personal Appearance Policy. | ✓ | | | yes — Name tag apron is on. Emily needs to make sure she has uniform being clean |

HANNAFORD 00028

## Section 1   Roles and Goals – Hourly Associate

A.   Role Clarification and Review: Review your job description to clarify role and responsibilities.   Identify skill development
      necessary   to continue to develop within your current position.

B.   Identify one to three goals to be accomplished in present position.   One goal must be a Behavioral Goal (ie. Be There,
      Make It Easy, Add Something To Their Day, Be The Difference).   Specify action steps and time frame.

| Plans | Results |
|---|---|
| GOAL AND ACTION STEP: By mid April learning CSD and ordering | |
| TOOLS/RESOURCES: Totally doing in with Me early A.M for 3 days | |
| REVIEW DATE: May 31 + June 10th | |
| | |
| GOAL AND ACTION STEP: | |
| TOOLS/RESOURCES: | |
| REVIEW DATE: | |
| | |
| GOAL AND ACTION STEP: | |
| TOOLS/RESOURCES: | |
| REVIEW DATE: | |

Form RHR.150B
Page 4 of 5

HANNAFORD 00029

2015-09-03 14:41                                                                    P 28/51

## SECTION II

**Year-End comments on Strengths and Opportunities**

(To be completed by manager. Please utilize the back page if needed.)

Emily meets all expectations, I am Truly grateful for all your support in 2012. You are a hard worker and you take pride in every thing you do. You are a very important part of our Deli Team. You and I have had conversation regarding her approach and perception to associate and when you get set to the customer. Emily can admit her errors but will get defensive at times. She needs to work on her self confidence. Emily needs to come to management with any problem instead of involving others. Emily has done a better job working on this, I would like to continue to see this as balanced of roos. Emily has a great attendance record she is always willing to stay later or come in early. I would like to make sure that Emily work on her opportunities in the coming year. 

SECTION III SECURED and I look forward to see you in 2013 will love you. Thank you.

Overall Rating (please circle)

❖ Does Not Meet Expectations
❖ Partially Meets Expectations
❖ (Meets All Expectations)
❖ Exceeds Expectations
❖ Far Exceeds Expectations

Form RHR 150B
Page 5 of 5

Tardy Occurrences

Name: Emily Comiskey

Week ending Date: 4/27/13

This document is to notify you that you have accumulated a tardy occurrence per the Delhaize America Attendance and Punctuality Policy. For associates outside the evaluation period five tardy occurrences within a 12 month rolling period will result in performance counseling. For associates within the 45 day evaluation period termination may occur once an associate reaches 4 occurrences.
Violations:

☐ 2 or more Missing Punches- dates: _____

   Violations: _____

☑ 2 or more long breaks- dates: 4/21, 4/23, 4/27

   Length of breaks: 20, 3 18 mins, 19"

☐ 2 or more 10 minute tardys- dates: _____

   Minutes Late: _____

☐ 30 minutes or more tardy- date(s): _____

   Minutes Late: _____

☐ Early leave-Date: _____

   Minutes Early: _____

Total tardy occurrences in last 12 month rolling period: 1
As of today the next step in your file would be: Coaching memo @ 4 occurrences

Associate
Signature: Emily P. Comiskey          Date: 5/8/13

Dept. Mgr.
Signature: Bryan Cue          Date: 5/8/13

HANNAFORD 00025

Coaching Memo

On June 13th Caity and myself sat down with Emily Comiskey and explained how to properly talk/help employees that were performing new tasks in the department. We explained that since she was full time and a strong employee that she would help coach associates performing new tasks. On Monday August 12th an associate felt intimidated by Emily because of her body language and comments that she directed towards the employee. Emily violated Hannaford's policy pertaining to respect in the workplace. Emily has to give respect to all employees in the department and the store as well. Emily will initial a copy of Hannaford's policy for respect in the workplace. Emily will be given a personal copy as well. Any further violation of this policy could lead up to further disciplinary actions up to and including termination.

Emily X _EC_

Bryan X _Bryan   Cue_

Caity X _Cestyn kimbell_

HANNAFORD 00022

**Your Total Rewards@Work**                    **POLICIES**

# Respect in the Workplace

Harassment, Discrimination and Retaliation Prohibited

## All Delhaize America, LLC Associates

Delhaize America seeks to provide its associates with a work environment that encourages efficient, productive and creative work. Delhaize America will not tolerate verbal or physical conduct by any associate (or other person) which illegally discriminates, harasses, disrupts or interferes with the work performance of an associate or which create; an intimidating, offensive or hostile work environment.

Delhaize America prohibits all illegal discrimination, including harassment of any associate in the workplace, for any illegal discriminatory reason, such as age, gender identity or expression, race, national origin, physical abilities, religious beliefs, sexual orientation and other characteristics or categories protected by law. Harassment can take many forms and includes behavior that annoys, offends, threatens, disturbs others or which creates an unpleasant o. hostile environment. Such behavior can be either verbal or physical. Examples of harassment may include, among other things, bullying, humiliating, taunting, disparaging, degrading, provoking or making inappropriate references to others.

Sexual harassment is among the types of discrimination and harassment prohibited by this Anti-Harassment/Anti-Discrimination Policy. Sexual harassment includes unwelcome sexual advances and requests for sexual favors. Other unwelcome conduct which may constitute harassment includes, but is not limited to, the following:

    a. **Verbal:** repeated sexual innuendo's, sexual epithets, derogatory slurs, off-color jokes, propositions threats or suggestive or insulting sounds;

    b. **Visual/Non-Verbal:** derogatory posters, cartoons or drawings, suggestive objects or pictures; graphic commentaries; leering; or obscene gestures

    c. **Physical:** unwanted physical contact, including touching, interference with an individual's normal work movement or assault; and

Other: making or threatening reprisals as a result of a response to discrimination including harassment. Such verbal and physical conduct may constitute harassment when:

        a. Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;
        b. Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting the individual; or
        c. Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

**NOTE: ALL ASSOCIATES, SUPERVISORY OR NON-SUPERVISORY, ARE PROHIBITED FROM ENGAGING IN THE ABOVE-DESCRIBED CONDUCT.**

Delhaize America strongly discourages consenting romantic or sexual relationships between members of the organization when one person has a direct/indirect reporting relationship to the other. The trust and respect which associates have for supervisors and managers can make it difficult for them to comfortably reject sexual advances; associates may even feel flattered by the attention. But managers have the power to give or withhold rewards such as praise, raises and recommendations, which can mean that their romantic or sexual relationship with an associate may not be truly consensual.

If a manager (supervisor) becomes romantically or sexually involved with a subordinate, that manager (supervisor) must discuss the situation immediately with management so that appropriate arrangements can be made to remove him or her from any decisions affecting the subordinate as soon as possible. Which may include transferring the member of management to another department.

## Procedure for Reporting Harassment and/or Discrimination

When an associate feels he or she is being harassed or discriminated against in any fashion, he or she must report the incident promptly. There are several ways to report harassment or discrimination:

    a. Notify any of the following individuals:

       • a member of management;
       • the Associate Relations representative for his/her store or district or
       • the Director or Vice President of Associate Relations for his/her region .

    b. Alternatively, associates may report any concerns or possible violations of this or any other policy by calling I-Share (1-855 5 ISHARE).

Managers, who see, suspect or receive complaints or become aware of harassment or discrimination must inform the Associate Relations representative for his/her store , district or department immediately.

http://hbcweb.hannaford.com/...

HANNAFORD 00023

Once an allegation of harassment or discrimination is brought to the attention of one of the individuals noted above, or made through the I-Share tools, a fact-finding investigation will be launched promptly. If necessary, intermediate measures may be taken before completing the investigation to ensure that further discrimination, including harassment, does not occur. Delhaize America will protect the confidentiality of the allegations to the extent possible when dealing with and investigating such charges; only individuals directly involved in an investigation and those having a legitimate "need to know" will be informed of the existence or facts of an investigation, except to the extent required by law.

Any associate who is found, after appropriate investigation, to have engaged in illegal discrimination, including harassment of any kind toward another associate, a customer or a supplier to Delhaize America will be subject to appropriate disciplinary action, up to and including termination of employment. Delhaize America will also consider taking any such action as may be appropriate against any non-associate engaging in the illegal discrimination, including harassment of an associate.

## Anti-Retaliation

Delhaize America will not take any action in retaliation against any associate who, in good faith and with a genuine belief that he/she has been discriminated against or harassed, brings or voices a complaint pursuant to this policy. In addition, Delhaize America will not tolerate any retaliatory acts by other individuals. Retaliation is a serious violation of the company's policy and the law, and should be reported immediately. Any persons found to have retaliated against a Delhaize America associate because such associate (1) made a good faith discrimination complaint, (2) participated honestly and in good faith in any investigation into a discrimination complaint, and/or (3) opposed acts of illegal discrimination in the workplace, will be subject to discipline, up to and including termination.

Individuals who knowingly bring false charges of discrimination, including harassment, against another Delhaize America associate or other individual shall be subject to discipline, up to and including termination.

**2013 Performance Appraisal**

**Emily Comiskey**

## Customer Service/Relationships

### Successes

Always gives full attention to the customer you are helping; you stay focused and thank the customer with a smile. While you are great at giving complete attention to your customers, it 's important you are not loosing site of the counter or other waiting customers.

You know many customers by name and remember what they typically order- which demonstrates great customer service and makes them feel important.

When we do not carry a certain product that the customer is looking for you always offer something comparable instead of simply stating that we do not carry that brand or product. An example of this is when a customer asks for the Boar's Head product and we have the comparable TOI items.

### Opportunities

Teamwork is one your biggest opportunities. Typically you do a good job helping set up the department but sometimes you get agitated when you see others being asked to do their part on the sales floor. You need to be supportive and pleasant to fellow associates.

This year we had some miscommunications with you, myself and other members of the deli. It is important going forward we all engage in professional conversation and respect each others personal space.

If you see an associate doing something unethical, illegal, or unsafe you to take a kind approach to them and explain to them what the expectations are with a calm

HANNAFORD 00019

and collected attitude. If you feel you are unable to do this without getting too upset or emotional you need to tell a supervisor- first Shift Leader, Assistant Department Manager, Department Manager then Manager on Duty.

**Standard Operations Procedures**

**Successes**

You achieve established work quality and quantity. This is evident with preparing platters; you make sure the orders are correct, gather needed materials and produce an eye appealing product, all within the allotted time.

In the morning you have a clear and obtainable work plan, you are organized, thorough and get tasks done in a timely manner. You set a great example for other associates here.

It's important to always make good use of your down time. You look for opportunities on the sales floor and items that need attention. i.e. chip racks and olive bar, prepackage salads or prepping salads in the afternoons. One of your goals is to review SPTA's. You are able to do this during down time and please feel free to ask myself, Caity and Harry any questions about new SPTA's or existing that you are curious about.

**Opportunities**

You need to auto slice most often. Please give a valid effort on everything except prosciutto. Your lunches tend to run late, try to stay around the allotted time so other employees breaks do not get pushed back and customer service does not become affected.

HANNAFORD 00020

**Overall**

Throughout this year we have been through a lot. There have been highs and lows Retraining and new standard practices continue to come our way. This is common for a fast paced department like the deli. It is important that we stay on top of new changes and are executing the details. My focus for us in 2014 is to build talent within our group. Auto slicing is a big opportunity for our deli; you can help to be a champion by demonstrating this process on a regular basis. I myself am going to further my Hannaford education by taking on grocery/ center store packets and what I need to move on to the next step in my career. I need the department to run smoothly and efficiently in my absence. Please let us know if you have any questions or concerns.

3/11/14

## 2014 Performance Appraisal

### Emily Comiskey

## Customer Service/Relationships

### Successes

Always gives full attention to the customer you are helping; you stay focused and thank the customer with a smile. While you are great at giving complete attention to your customers, it's important you are not losing site of the counter or other waiting customers.

You know many customers by name and remember what they typically order- which demonstrates great customer service and makes them feel important.

When we do not carry a certain product that the customer is looking for you always offer something comparable instead of simply stating that we do not carry that brand or product.  An example of this is when a customer asks for the Boar's Head product and we have the comparable TOI items.

Your superb customer service coupled with your vast product knowledge helped you to win service star of the month this past year! Great job!

### Opportunities

Teamwork is one your biggest opportunities. Typically you do a good job helping set up the department but sometimes you get agitated when you see others being asked to do their part on the sales floor. You need to be supportive and pleasant to fellow associates.

If you see an associate doing something unethical, illegal, or unsafe you take a kind approach to them and explain to them what the expectations are with a calm and collected attitude. If you feel you are unable to do this without getting too

upset or emotional you need to tell a supervisor- first Shift Leader, Assistant Department Manager, Department Manager then Manager on Duty.

Commit to having and keeping a cool demeanor throughout the day. If one thing goes wrong don't dwell on it and let it keep you distracted for the rest of the day. We are all human we all make mistakes from time to time but it is important that we learn from them and try to improve.

### Standard Operations Procedures

### Successes

You achieve established work quality and quantity. This is evident with preparing platters; you make sure the orders are correct, gather needed materials and produce an eye appealing product, all within the allotted time. Great job!

In the morning you have a clear and obtainable work plan, you are organized, thorough and get tasks done in a timely manner. You set a great example for other associates here.

It's important to always make good use of your down time. You look for opportunities on the sales floor and items that need attention. i.e. chip racks and olive bar, prepackage salads or prepping salads in the afternoons. Thank you!

### •Opportunities

All of my associates that open have to commit to performing through culls. If we take our time and use the short code list there should be no reason why any out of code product should be found on the sales floor.

HANNAFORD 00004

●**Overall**

This has been an exciting year for the deli department! We persevered through the holidays, new associates and of course the Market Basket strike in the summer. That was a hectic time but I believe it brought out the best in us and made us better as a team! We all worked harder and gave more of ourselves than ever before! We did not miss one inventory the entire year; which attests to our ability to use ends, properly rotate product and of course keep our loyal clientele happy. We beat budgeted sales by $215,220 , which was the second highest increase in the district! I can't be more proud of you and our team and I would like to thank you Emily for all your hard work in 2014!

# DELHAIZE 🐾 AMERICA

## Coaching Memo

**To:** Emily Comiskey                          **Date:** 1/20/14

**Subject:**

### Message

On Sunday January 12th Emily had a closing shift in the deli department. It was expressed to me by fellow associates that Emily was leaving the department without communicating where she was going. Emily had to be asked multiple times to help out on the counter with customers. She also muttered under her breath about being frustrated with being on the counter so much. Emily needs to respect associates personal space if someone is performing a certain task. i.e. cleaning slicer. Emily needs to remember that customer service is a top priority in the deli. Any further violation of company policy could lead to further disciplinary actions up to and including termination.

**Signed:** Bryan Case          **Location/Dept:** 8170 / Deli

### Response

Associate had no comments and refused to sign.

X Bryan Case

**Signed:**                          **Date:**

HANNAFORD 00013



## POSITION DESCRIPTION

**Job Title: Deli Sales Associate**
**Department: Deli Department**
**Reports To: Deli Manager**
**Number and titles of associates supervised: None**

### Qualifications:

Effective communication, customer service, and selling skills. Effective interpersonal skills and desire to work in a team environment. Demonstrated ability and willingness to learn multiple tasks and technical requirements of the job. Must meet minimum age requirements.

**Primary Purpose:** Perform duties that ensure department appearance, quality, variety, safety, and food safety are consistently maintained at the highest level. Demonstrate a strong culture in support of Hannaford Strategy. Build customer relations and provide enthusiastic customer awareness.

### Essential Job Functions:

- Greet and assist customers with locating and selecting products.
- Slice, cut, prepare, weigh and package products according to established standards and quality goals.
- Perform all assigned cleaning functions in accordance with company policy.
- Adhere to highest product quality standards to support our department strategy.
- Achieve productivity standards as outlined in Management Planning.
- Develop product knowledge in various areas of the department.
- Share recognition of accomplishments and reflect the key behaviors; Be There, Make It Easy and Add Something To Their Day, and Be the Difference.
- Assist in training other associates and perform other functions as assigned.
- Must be able to meet the physical requirements of the position, with or without reasonable accommodations.

### Physical Requirements:

1. Lift up to 15 lbs. frequently and up to 40 lbs. occasionally.
2. Reach to shoulder lifting 20 lbs. frequently and overhead occasionally.
3. Push/pull 3-15 lbs. frequently and up to 40 lbs. occasionally.
4. Perform repetitive grasping, hand and arm motions while standing/walking the majority of the shift.
5. Meet volume activity standards established for the department.
6. Frequent bending, reaching, grasping, and lifting produce items at or above waist level.
7. Use hands to operate controls, feel objects and use tools to open boxes/cases or to prepare and clean produce.
8. Be able to handle a variety of substances associated with cleaning materials, packaging materials, and food products.
9. Tolerate working in cold temperatures for up to 20 minutes at a time.

1/2010



DEPOSITION
EXHIBIT 3
Comiskey

**Breast Health Center**
480 Maple Street  Danvers, MA 01923
(978) 304-8126  Fax: (978) 304-8449

*February 27, 2014*
*Page 1*

**Patient Information**
For : EMILY COMISKEY   DOB: 03/12/1964

Orders Test


Beverly Hospital
at Danvers
Medical and
Day Surgery Center

*Breast Health Center Discharge Instructions*
*phone(978)304-8101*
*fax (978)304-8123*

DEPOSITION
EXHIBIT 4
Comiskey
PENGAD 800-631-6989

Patient Name: Emily Comiskey  DOB: 03/12/1964

Diagnosis:  Neoplasm of uncertain behavior of breast; Diagnosis of  (ICD-238.3)

**Follow-up Appointments**

Follow-up with: Rebecca Yang
When: after mammogram  For: 15 min  At: Breast Center        Date/Time:

**Additional Instructions**
Consult Dr. Desai NP to discuss option of chemoprevention diagnosis of ALH.  — 978-927-685(
Within one month

8/28/14

**Orders**
1) Beverly Hospital - BILAT DIAGNOSTIC
Bilateral
Does patient have contrast allergies?  Y  N
Does patient have Diabetes, Renal Disease or Cardiac Disease? Does patient take
glucophage/metformin?  Y  N
please book on or after: 08/27/2014
    Date of appointment: _____ Time of appointment:_____
    Appointment comments:_____

I, Emily Comiskey have read and understand the above instructions.

Patient Signature:_____        Date/Time:_____

Electronically Signed by: Rebecca Yang        Date/Time: February 27, 2014 2:10 PM

Print Date: February 27, 2014 2:10 PM                Printed by: Rebecca Yang



Doc. Reference #: 1
Associate ID: «id»

«First_name» «last_name»
«address» «Home_Add_2»
«city», «state» -8675

**RE: Leave of Absence (LOA) – Action Required By**

Dear «First_name»:

We received your request for a Leave of Absence (LOA). Based on the information provided, your position with the Company may be protected under the Family Medical Leave Act (FMLA) during your leave. If you are qualified,

➢ FMLA provides up to 12 weeks of unpaid, job-protected leave in a 12-month rolling period, looking forwards from the first date of your leave for specified family and medical reasons; and,
➢ The Company will continue to pay for your participation in the Company's group health plans, pension and retirement plans, etc. during FMLA-protected leave (up to 12 weeks), as long as you continue to pay your portion of the premium costs.

<u>*In order for us to assess whether your leave is protected under the FMLA you must,*</u>
1. Have your medical provider complete the enclosed *Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)* form.
2. Contact the Delhaize America Associate Service Center if you have submitted a workers comp. claim. Please communicate the document reference number (top right of this letter) to the call specialist and convey that you have submitted a workers comp. claim.
3. Complete the enclosed *Authorized Representative Form*.
4. Return these completed forms to Delhaize America Benefits Department by U.S. Mail or fax, no later than .

| | |
|---|---|
| U.S. Mail: | Delhaize America, Benefits Dept. |
| | Attention: Leave Coordinator |
| | PO BOX 10540 |
| | Portland, ME 04104. |
| Fax: | 207-396-3998 |



<u>*What happens if this information is not provided?*</u>

Failure to receive these forms by  may result in,

➢ Your leave being classified as unprotected and therefore unauthorized; and,
➢ Termination of your employment.

<u>*What happens after this information is provided?*</u>
After receiving the completed *Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)* and *Authorized Representative Form* , we will issue you a letter indicating whether or not your leave is FMLA protected and instructions as to your responsibilities while on leave.

<u>*What if you are out for medical reasons and need to file for disability?*</u>
If you are out due to your own medical reasons and need to file a claim under one of Delhaize America's disability plans, please contact the following carrier assigned to your geographic location to file your claim.

➢ Cigna @ 1-800-362-4462 associates in DE, FL, GA, KY, MD, NC, PA, SC, TN, VA, WV.
➢ Aetna @ 1-877-266-2872 associates in MA, ME, NH, NY, VT. (All associates are required to file a claim within 14 days. If you delay beyond the 14-day deadline, you may incur a penalty of up to $500.)
➢ Hartford @ 1-866-945-7781 for New York hourly associates.
➢ Continental American Insurance Company (CAIC) @ 1-800-524-5298 for associates with supplemental coverage.

If you have further concerns, feel free to contact your AR Representative or the Associate Service Center. The ASC can be reached by calling 1-866-789-4748 or by submitting an HR Service Center ticket found on the Company website or by visiting www.MyHR4U.com.

Sincerely,
Leave of Absence Administration
Delhaize America Benefits



## Your FMLA Leave of Absence Overview

### Family and Medical Leave Act (FMLA)

The Company provides unpaid leaves of absence consistent with the Family and Medical Leave Act (FMLA) in the event of the following:

- A "serious health condition" that makes you unable to perform your job, including pregnancy
- You need to care for your spouse, domestic partner, dependent child, or parent who has a "serious health condition."
- After the birth of your child to care for that child
- After the placement of your adopted or foster child
- Due to a "qualifying exigency" or urgent need when your spouse, domestic partner, child, or parent is on active duty in the armed forces
- You need to care for your spouse, domestic partner, child, parent, or next of kin who:
  - Is a member of the armed forces;
  - Is undergoing medical treatment, recuperation, or therapy; is an outpatient or is on the temporary disability retired list for a "serious injury or illness" incurred while on active duty in the armed forces.

### How does FMLA affect your leave?

- Provides eligible employees with up to 12 weeks of unpaid, job-protected leave per rolling year.
- Upon your return from an FMLA leave of absence, you must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment.
- The Company must maintain your health benefits under the same conditions as if you had continued to work.

### What happens if your leave is not FMLA protected?

- If your leave is not protected by the FMLA, you will receive a denial letter that will direct you to your supervisor to request a personal leave of absence.

### FMLA Eligibility Process Checklist

☐ Initial Delhaize America Letter
Within three (3) business days after your leave request has been entered into PeopleSoft, we will send you a letter requesting you and your medical provider complete the,
1. Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act); and
2. Authorized Representative Form

☐ Complete/Return the Forms Listed Above
The two forms listed above must be completed and returned to Delhaize America Benefits Department within 15 days of the initial letter date.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an associate or family member of the associate, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."

Failure to return the forms within the fifteen days may:
- Jeopardize your FMLA protection;
- Put your employment with the Company at risk during your leave of absence; and,
- Result in possible termination from the Company

Please note: If the forms have not been received, additional copies may be mailed to your residence.

☐ FMLA Protected/Non-Protected Letter
Within two (2) business days after Delhaize America has received the completed forms we will send you a letter advising whether or not your LOA is FMLA protected.

### While On LOA Checklist

☐ Health Insurance Payment
- If you are enrolled in our group healthcare coverage, you remain responsible for paying your contribution for your healthcare coverage premiums during your leave, even if you are out of work in relation to a Workers' Compensation claim.
- Expect your first premium bill 4-6 weeks after your pay stops as a result of your leave. You will be billed every month thereafter.
- If payment is not made in a timely manner, your group health coverage may be canceled.

☐ Medical Updates
- You must provide periodic, medical updates from your medical provider to maintain FMLA benefits.
- Failure to provide a medical update prior to the end date of your leave will be considered as a decision not to return to your employment with Delhaize America.

### Returning to Work from Family and Medical Leave

Your return to work date is considered to be the date contained on the Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act). When you return to work, you will be reinstated in your former job or to a new position with equivalent pay, benefits, and other terms and conditions of employment.

You may be required to reimburse the Company for our share of your healthcare coverage if you fail to return to work for a reason other than your own serious health condition or for some reason beyond your control.

To return to work,
☐ You must provide the completed Return to Work from Leave of Absence form to your supervisor. This form must be completed by your medical provider certifying that you are medically released to return to work.
☐ Mail or fax your completed Return to Work from Leave of Absence form to Delhaize America Benefits Department.
☐ Your manager must submit a return to work ticket to the ASC.





**Authorized Representative Form**

**The Associate should fill out this form and return to the Benefits Department with the Medical Certification when the doctor completes the form.**

The Benefits Department is in receipt of a Leave of Absence request for:

Associate Name: «First_name» «last_name»
Associate Number: «id»

I, : «First_name» «last_name», understand this agreement will allow the Benefits Department to contact my Health Care provider or the Company's  disability provider for purposes related to my medical leave of absence.  I further understand that this agreement will allow the Benefits Department to request any documentation that may relate to this leave of absence.

I understand this agreement is voluntary and made solely to support my leave request.

**Associate's Signature:**_____. **Date:**_____.

**You  may also choose to allow the Benefits Department to communicate with a relative or other person regarding your leave of absence.  If you so choose, please provide that person's name and contact information and sign the authorization below.**

I, «First_name» «last_name», give permission for the Delhaize America Benefits Department to discuss my leave and medical information with the following relative or person:

Name:
Contact #:_____.

I, : «First_name» «last_name», have had the full opportunity to read and consider the contents of this permission.  I understand that, by signing this form, I am confirming my permission for the above-named person to receive information about my leave of absence, including but not limited to my protected health information.  I understand that the above-named person  may further disclose my information, and any subsequent disclosure  may not be protected by Federal or State privacy laws.

Revocation: I understand that I may revoke this authorization at any time by giving written notice of my revocation to:
HIPAA Privacy Official
Phone #1-866-789-4748
Fax # 1-207-396-3998

I understand that revocation of this permission will not affect any action taken in reliance on this authorization before receipt of notice of revocation.

**Associate's Signature:**_____. **Date:**_____.

If the associate's leave of absence is to care for a relative, state the relative's name and relationship

**Name:**_____,**Relationship:**_____.

I,_____, (name of relative that is being cared for), give the Benefits Department permission to contact my Healthcare Provider for information that pertains to the associate's(stated above) leave of absence to care for me.
**Signature of the relative that is being cared for if other than a child:**
_____. **Date:**_____.

**_If the associate has Health-care Power of Attorney (HPoA), and the relative is unable to sign this document please submit a copy of HPoA._**

**Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)**
**U.S. Department of Labor Wage and Hour Division**

OMB Control Number: 1235-0003
Expires: 2/28/2015

**SECTION I: For Completion by the EMPLOYER**

Employer name and contact:

Delhaize America
Attention: Leave Coordinator
P. O. Box 10540
Portland, ME 04104
FAX 1-207-396-3998

Employee's job title: «**DESC**»
Regular work schedule: _____
Employee's essential job functions: _____

Check if job description is attached: **JOB DESCRIPTION NOT ATTACHED**

**SECTION II: For Completion by the EMPLOYEE**
INSTRUCTIONS to the EMPLOYEE: Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health.condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R § 825.305(b).

Your name:
«**First_name**» «**last_name**» ASSOCIATE ID: «**id**»

**SECTION III: For Completion by the HEALTH CARE PROVIDER**
INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: _____
Type of practice / Medical specialty: _____
Telephone: (_____)_____ Fax:(_____)_____

**PART A: MEDICAL FACTS**
1.  Approximate date condition commenced:_____
    Probable duration of condition:_____

    **Mark below as applicable:**

    Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
    ____No ____ Yes. If so, dates of admission:

    Date(s) you treated the patient for condition:

    Will the patient need to have treatment visits at least twice per year due to the condition? ____No____ Yes.

Was medication, other than over-the-counter medication, prescribed? ___No___Yes

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)? ____No____ Yes.. If so, state the nature of such treatments and expected duration of treatment:

2. Is the medical condition pregnancy? ___No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions. Is the employee unable to perform any of his/her job functions due to the condition: _____ No _____ Yes.

   If so, identify the job functions the employee is unable to perform:

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

**PART B: AMOUNT OF LEAVE NEEDED .**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No ___ Yes.

   If so, estimate the beginning and ending dates for the period of incapacity: _____

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No___Yes.

   If so, are the treatments or reduced number of hours of work medically necessary? ___No___Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   _____

   Estimate the part-time or reduced work schedule the employee needs, if any:
   _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ____No _____ Yes..

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   _____ No _____ Yes. If so, explain:

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _____ times per _____ week(s) _____ month(s)

Duration: _____ hours or ____ day(s) per episode

**ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.**

Signature of Health Care Provider                                    Date

## PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500.Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.